

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-08-00304-CR

| | | |
|---|---|---|
| Bradley Kelton Crenshaw | § | From County Criminal Court No. 4 |
| | § | of Tarrant County (1063097) |
| | § | February 27, 2014 |
| v. | § | Opinion by Justice Meier |
| | § | Dissenting Opinion by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
Justice Bill Meier